December 18, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

INEOS USA, LLC, Appellant

NO. 14-11-01006-CV                    V.

BNSF RAILWAY COMPANY, Appellee

_____

We order that this court's judgment of November 15, 2012 be vacated, set aside, and annulled. We further order this court's memorandum opinion of November 15, 2012 withdrawn.

This cause, an appeal from the judgment in favor of appellee, BNSF Railway Company, signed, August 23, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's substitute memorandum opinion.

We further order that appellee, BNSF Railway Company, shall pay costs incurred by reason of this appeal.

We further order this decision certified below for observance.